IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JESUS JUAN LOPEZ                                                                    PETITIONER
REG. #56472-180

V.                                                NO.  2:08cv00058 SWW

T.C. OUTLAW, Warden,                                                          RESPONDENT
FCI, Forrest City, AR

<u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition

received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The

Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Respondent's motion to dismiss (doc. 13) is hereby granted, thereby

denying this 28 U.S.C. § 2241 petition for writ of habeas corpus and dismissing this case

in its entirety without prejudice to Petitioner's right to pursue any still existing channels to

challenge his prior Texas state conviction.

IT IS SO ORDERED this 16th day of January 2009.


                                                         /s/Susan Webber Wright
                                                         UNITED STATES DISTRICT JUDGE