IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| JESUS JUAN LOPEZ<br>REG. #56472-180 | PETITIONER |
| V.        NO.  2:08cv00058 SWW | |
| T.C. OUTLAW, Warden,<br>FCI, Forrest City, AR | RESPONDENT |

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus and dismissing this case in its entirety without prejudice to Petitioner's right to pursue any still existing channels to challenge his prior Texas state conviction.

IT IS SO ORDERED this 16th day of January 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE